In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-13-0039-CV
 ________________________
 
 IN THE INTEREST OF B.C., A CHILD
 

 On Appeal from the 320th District Court
 Potter County, Texas
 Trial Court No. 81,655-D, Honorable Don Emerson, Presiding 

 
 March 26, 2013
 
 MEMORANDUM OPINION
 
 Before Quinn, C.J., and Campbell and Pirtle, JJ.
 
 Appellant filed notice of appeal on February 6, 2013, from the trial court's January 18 order terminating his parental rights to his child, B.C. On March 19, appellant filed a motion to dismiss his appeal, after the trial court granted a new trial. 
 As no decision of the Court has been delivered to date, we grant appellant's motion to dismiss the appeal. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. See Tex. R. App. P. 42.1(a)(1). The parties have not presented an agreement for taxation of costs. Therefore, costs are taxed against appellant. Tex. R. App. P. 42.1(d).

 James T. Campbell
 Justice